# UNITED STATES DISTRICT COURT

## DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA ) MAGISTRATE NO. 06-9914

V. ) CRIMINAL ACTION

Felix Holken ) ORDER FOR CONTINUANCE
) PRETRIAL DIVERSION
) PROGRAM

This matter having been opened to the Court by attorney for defendant, for an Order granting a continuance of the above-captioned proceeding to allow the United State to properly review and process the defendant's application for the Pretrial Diversion Program, and Richard Newman, Special Assistant United States Attorney, having consented to the form and entry of this Order, and for good and sufficient cause shown.

It is on this         day of         , 2006

ORDERED that this action is continued to __May 25, 2006__ for the following reasons:

1. Defendant is currently under consideration for the Pretrial Diversion Program and time is necessary for the review and processing of his/her application;

2. Pursuant to 18 U.S.C. 3161(h)(8), the end of justice served by granting the continuance outweigh the best interest of the public and the defendant in a Speedy Trial.

IT IS FURTHER ORDERED that the period between the date of this Order and the continued date shall be excludable in computing time under the Speedy Trial Act of 1974.

CONSENT:

_____           _____
Defendant                            ANTHONY MAUTONE
                                     U.S. MAGISTRATE

_____           _____
Defense Counsel                      Date

_____
Special Assistant U.S. Attorney